## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                                   )
                                         )          Case No. 10-32768 MER
GARY K. DEJOHN                           )
xxx-xx-8503                              )          Chapter 11
                                         )
                                         )
                                         )
Debtor.                                  )
                                         )

---

## MOTION TO APPROVE PAYMENT OF PROPERTY TAXES

---

COMES NOW Debtor Gary K. DeJohn ("Debtor" or "DeJohn"), by and through his attorneys Bell, Gould & Scott, P.C. and submits his Motion to Approve Payment of Property Taxes as follows:

1. As of the date of this Motion, Debtor currently owes real property taxes on six properties owned by Debtor as follows:

   a. $609.52 is owed on 24595 Cottonwood Court, Kersey, CO;

   b. $3,011.87 is owed on Outlots A and B of 4600 Industrial Parkway, Evans, CO;

   c. $1,165.18 is owed on 601.5 14th Avenue, Greeley, CO;

   d. $2,315.34 is owed on 1113 23rd Avenue, Greeley, CO;

   e. $8,360.25 is owed on 608 27th Street, Unincorporated Weld County, CO; and

   f. $1,238.98 is owed on 24583 Cottonwood Lane, Kersey, CO.

2. Payment of property taxes currently owed is necessary for preservation and maintenance of Debtor's bankruptcy estate, and will protect the interests of Debtor's creditors in preserving these assets for the estate necessary for its reorganization.

3. The property located at 24595 Cottonwood Court, Kersey, Colorado is owned free and clear of encumbrances and liens, except as to the taxes owed as described above.

4. The properties located at 4600 Industrial Parkway, Evans, Colorado and 1113 23rd Avenue, Greeley, CO are both owned free and clear by Debtor, and are generating rental income that benefits the estate and is necessary for the reorganization of Debtor's estate.

5. The property at 24583 Cottonwood Court, Kersey, Colorado will be necessary for Debtor's reorganization as it may be used to satisfy the claim of Summitbridge Credit Investments, LLC.

6. The properties located at 601.5 14th Ave. and 608 27th Street Rd., Greeley, Colorado are also owned free and clear of encumbrances and liens, except as to the taxes owed as described above.

7. In addition, Debtor requests approval of payment of property taxes as they come due during the pendency of this bankruptcy proceeding.

WHEREFORE, Debtor Gary K. DeJohn respectfully requests that the Court approve his payment of the real property taxes currently owed as well as payment of property taxes as they come due.


Dated this 19th day of October, 2010.

BELL, GOULD & SCOTT, P.C.

By:      /s/ Laurie R. Stirman
Gregory S. Bell, #9630
Laurie R. Stirman, #39393
322 East Oak Street
Fort Collins, CO 80524
(970) 493-8999
Fax: (970) 224-9188
Email: gbell@bell-law.com; lstirman@bell-law.com
Attorneys for Debtor/Movant