UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                           )
                                 )      Case No. 10-32768 MER
GARY DEJOHN                      )
XXX-XX-8503                      )      Chapter 11

    Debtor.

### ORDER APPROVING APPLICATION TO EMPLOY ATTORNEYS

This matter having come before the Court on the Application of the Debtors for authority to appoint, Bell, Gould & Scott, P.C. to represent them as counsel in this case, the Court being satisfied that Bell, Gould & Scott, P.C. represents no interest materially adverse to the estate of the Debtors, and the matter upon which it is to be engaged, that its employment is necessary and would be in the best interests of the estate, it is

ORDER
That Gary DeJohn is authorized to employ and appoint Bell, Gould & Scott, P.C. to represent them as counsel in this case under Chapter 11 as Debtors and Debtors-in-possession; and it is

FURTHER ORDERED
That the fees and costs charged by Bell, Gould & Scott, P.C. are subject to allowance or review by the Court in accordance with 11 U.S.C. Sections 329, 330, and 331.

Dated:  November 4, 2010.                BY THE COURT:

                                                                                                  Michael E. Romero
                                                                                 U.S. Bankruptcy Judge