UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
 )  Case No. 10-32768 MER
GARY K. DEJOHN )
xxx-xx-8503 )  Chapter 11
 )
 )
 )
Debtor. )
 )

## MOTION TO ASSUME LEASES

      COMES NOW Debtor Gary K. DeJohn ("Debtor" or "DeJohn"), by and through his attorneys Bell, Gould & Scott, P.C. and submits his Motion to Assume Leases as follows:

1. Debtor owns various parcels of real estate in Weld and Morgan Counties, Colorado. Many of these properties are being leased for both residential and commercial purposes, and are producing rental income. Such income is beneficial and necessary to the estate and to Debtor's reorganization.

2. Debtor therefore wishes to assume these leases pursuant to Section 365(a) of the Bankruptcy Code, as follows:

    a. Residential lease with Annie and Bill Hollinger for 1113 23rd Ave., Greeley, CO;
    b. Commercial lease with Baker Hughes for 4625 Industrial Parkway, Evans, CO;
    c. Residential lease with Kat and Veronica Vuittonet for 814 Main Street, Fort Morgan, CO;
    d. Commercial lease with NexMedia for 601.5 14th Ave., Greeley, CO;
    e. Residential lease with Sr. Jose and Julia Meza for 506 Euclid Street, Fort Morgan, CO;
    f. Residential lease with Thomas Hill for 24585 Cottonwood Lane, Kersey, CO;
    g. Residential lease with Tina Holder and Jane Baldwin for 1004 State Street, Fort Morgan, CO;
    h. Commercial lease with Western Sugar for 17505/17525 Highway 34, Fort Morgan, CO; and
    i. Commercial lease with DeJohn Housemoving, Inc. for 4600 Industrial Parkway, Evans, CO.

      WHEREFORE, Debtor-in-Possession Gary K. DeJohn respectfully requests that the Court approve his assumption of the above-referenced leases pursuant to 11 U.S.C. § 365(a).

Dated this 8th day of November, 2010.

        BELL, GOULD & SCOTT, P.C.

By: /s/ Laurie R. Stirman
Gregory S. Bell, #9630
Laurie R. Stirman, #39393
322 East Oak Street
Fort Collins, CO 80524
(970) 493-8999
Fax: (970) 224-9188
Email: gbell@bell-law.com; lstirman@bell-law.com
Attorneys for Debtor/Movant