UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

GARY K. DEJOHN, XXX-XX-8503
Debtor,

Bankruptcy No. 10-32768 MER
Chapter 11

### OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION DATED MARCH 16, 2011

BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. (Creditor), through its attorneys, CASTLE STAWIARSKI, LLC, hereby objects to confirmation of the Debtor's proposed plan of reorganization filed on March 16, 2011, and as grounds therefore states as follows:

1. Creditor is a member of the class of secured claims contained in the proposed plan. The Creditor's claim is secured by Property located at: 24585 Cottonwood Ct, Kersey, CO 80644-9424 (the "Property").

2. This lien or security interest arose from a Note and a Deed of Trust for the benefit of Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc. The Creditor is the current owner of this lien or security interest.

3. Notice of this lien or security interest was given by recording said Deed of Trust in the public record of the County of Weld reflecting the lien of the Creditor.

4. Debtor proposes in its plan of reorganization that Creditor's claim shall be fully satisfied by a deed in lieu. Creditor objects to the same as Creditor has denied Debtor's proposal for a deed in lieu and notified Counsel for Debtor of the same via letter on March 21, 2011.

5. Additionally, Debtor fails to separately classify secured claims as required by 11 U.S.C. § 1122.

6. Accordingly, Debtor has failed to provide for the pre-petition arrears as well as provide for adequate protection of Creditor's claim.

    WHEREFORE, Creditor respectfully objects to Debtor's proposed plan of reorganization, and for such further relief as the Court deems proper.

Dated:    April 18, 2011

        CASTLE STAWIARSKI, LLC

        */s/ Deanna L. Westfall*
        Deanna L. Westfall, #23449
        Britney Beall-Eder, #34935
        Attorneys for Movant
        999 18th Street, Suite 2201
        Denver, CO 80202
        303-865-1439 (Deanna L. Westfall)
        (303) 865-1516 (facsimile)
        *dwestfall@cmsatty.com*

File No. 10-22892

In re:
GARY K. DEJOHN, XXX-XX-8503

Case No.   10-32768 MER

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on April 19, 2011, a true and correct copy of the foregoing **OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION DATED MARCH 16, 2011** was mailed, United States first class postage prepaid, to the following:

Gary K. DeJohn
1860 23rd Ave.
Greeley, CO  80634

Gregory S. Bell, Esq.
322 East Oak St.
Fort Collins, CO  80524

US Trustee – via ECF
999 18th St. Suite 1551
Denver, CO  80202

Kimberly Wallen, Paralegal

File No. 10-22892